**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Johnny Bernard MILLER, a/k/a**
**Bernard Miller, Defendant—**
**Appellant.**

**No. 09–6876.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 26, 2009.

Johnny Bernard Miller, Appellant Pro Se. Gretchen C.F. Shappert, United States Department of Justice, Washington, DC, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Bernard Miller appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Miller,* No. 3:92–cr–00101–GCM (W.D.N.C. Apr. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*